# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| TRACY SUNDLUN, | Case No.: 19-CV-0271 W (LL) |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 22]** |
| v. | |
| COMPETITOR GROUP, INC., | |
| Defendant. | |

Pending before the Court is a joint motion to dismiss this case with prejudice. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 22] and **ORDERS** the case **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED**.

Dated: February 20, 2020

Hon. Thomas J. Whelan
United States District Judge

1

19-CV-0271 W (LL)